**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| PHILIP M. NICOLO | : | No. 200 EM 2016 |
| | : | |
| | : | Emergency |
| v. | : | |
| | : | |
| | : | |
| CRYSTAL JONES AND OCCUPANTS | : | |
| | : | |
| | : | |
| PETITION OF: ROBERT LEE LOVE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November 2016, Emergency Motion for Stay of Eviction is **DENIED**.